

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

| | |
|---|---|
| STEVE KNOX | PETITIONER |
| v. | CASE NO. 5:13-cv-241 DPJ |
| TIMOTHY MORRIS, Superintendent, Mississippi State Penitentiary; and BURL CAIN, Commissioner Mississippi Department of Corrections | DEFENDANTS |

ORDER REASSIGNING CASE

In accordance with Section IV of Internal Rule 1, as amended effective August 23, 2021, and to equitably manage and distribute the caseload of the Court, and by agreement of the affected judges, this case is hereby reassigned to U. S. District Judge Kristi H. Johnson for all further proceedings. Chief U. S. District Judge Daniel P. Jordan III is no longer assigned to the case. The matter will remain in the Western Division.

SO ORDERED AND ADJUDGED this the 7th day of December, 2021.

s/ *Daniel P. Jordan III*
CHIEF UNITED STATES DISTRICT JUDGE